1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE ANITA DALTON, an individual; RODOLFO ANCHONDO, an individual; UNIFIED GROCERS, INC. a foreign corporation, THEOPHILE PEUMEUKOUAM and RUTH PEUMEUKOUAM, and the marital community composed thereof;<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DECLARATORY ACTION**<br><br>JURY TRIAL:  YES |

19
20
21
22
23
24

**COMPLAINT FOR DECLARATORY ACTION**

For its Complaint, GEICO Advantage Insurance Company ("GEICO") alleges as follows:

## I.  PARTIES TO THIS COMPLAINT

**A. Plaintiff:**

COMPLAINT FOR DECLARATORY ACTION - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 Etruria Street
Seattle, Washington 98109
(206) 622-0494/Fax (206) 587-2476

1.1     GEICO is a foreign insurance company.  GEICO is domiciled in Maryland with its principal place of business in Washington DC.  GEICO is licensed to conduct business in the State of Washington.

**B. Defendants:**

1.2     GEICO alleges on information and belief that Defendant Leslie Anita Dalton is an individual domiciled in Snohomish County, Washington.

1.3     GEICO alleges on information and belief that Defendant Rodolfo Anchondo is an individual domiciled in King County, Washington.

1.4     GEICO alleges on information and belief that Defendant Unified Grocers, Inc. is a California corporation.

1.5     GEICO alleges on information and belief that Defendant Theophile Peumeukouam is an individual domiciled in Snohomish County, Washington.

1.6     GEICO alleges on information and belief that Defendant Ruth Peumeukouam is an individual domiciled in Snohomish County, Washington.

## II.     JURISDICTION

2.1     Plaintiff and Defendants are domiciled in different states, and the amount in controversy exceeds $75,000.

2.2     Defendants Theophile Peumeukouam and Ruth Peumeukouam, are domiciled in Snohomish County, Washington.   The GEICO auto policies in question were issued to Defendants Theophile Peumeukouam and Ruth Peumeukouam for a vehicle that was titled in Snohomish County, Washington.

2.3     This Court has subject matter jurisdiction over this matter and diversity pursuant to 28 U.S.C. § 1332(a)(1) (2011) and has subject matter jurisdiction pursuant to 28 U.S.C. § 2201 (2020) for a declaratory action of the rights and obligations of the

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

Parties under the Policies of insurance issued by GEICO to Defendants Theophile Peumeukouam and Ruth Peumeukouam.  This Court has personal jurisdiction over all the parties as all material events regarding the issuance and non-renewal of the Policy took place in the Western District of Washington.

2.4    An actual controversy exists between GEICO and Defendants as to whether GEICO has a duty to defend Defendants Peumeukouam and/or duty to indemnify any damages awarded to Defendant Leslie Anita Dalton as sought in the Complaint in the Action against Defendants Theophile Peumeukouam and Ruth Peumeukouam, which is filed in Snohomish County, Washington, Case No. 17-2-00181-8 ("the Underlying Action").

### III.    VENUE

3.1    Venue is proper in this district pursuant to 28 U.S.C. § 1391(a)(2) (2011) because the events giving rise to this declaratory relief action arose in this district and because Defendants Theophile Peumeukouam and Ruth Peumeukouam at material times resided within this district.  Specifically, GEICO issued a policy of insurance to Defendants Theophile Peumeukouam and Ruth Peumeukouam in Snohomish County, Washington.  GEICO's auto policy issued to Defendants Theophile Peumeukouam and Ruth Peumeukouam was for a vehicle that was titled in Snohomish County, Washington.

### IV.    FACTS

4.1    GEICO issued Defendant Theophile Peumeukouam Washington Family Automobile Insurance Policy Number: 4388-17-23-24 with a policy period of "03-23-16 through 09-23-2016."  This policy specifically names one vehicle: a 2007 Mitsubishi Outlander.

4.2    This policy contained the following relevant provisions:

**SECTION V**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/Fax (206) 587-2476

**General Conditions**
**These Conditions Apply to All Coverages in This Policy**

1.      TERRITORY

This policy applies only to accidents, occurrences or ***losses*** during the policy period within the United States of America, its territories or possessions, or Canada or when the auto is being transported between ports thereof.
…

6.      CANCELLATION BY US

We may cancel this policy by mailing to you, at the address shown in this policy, written notice stating when the cancellation will be effective. The notice will state the    reason for cancellation.

We will mail this notice:
(a)     At least 10 days in advance if the proposed cancellation is for non-payment of premium or any of its installments when due, or within the first 30 days after the contract has been in effect;
(b)     At least 20 days in advance in all other cases.

The mailing or delivery of the above notice will be sufficient proof of notice.
The policy will cease to be in effect as of the date and hour stated in the notice.
…

16.     POLICY PERIOD

Unless otherwise cancelled, this policy will expire as shown in the declarations. But, it may be continued by our offer to renew and **your** acceptance by payment of the required renewal premium prior to the expiration date. Each period will begin and expire as stated in the declarations.

4.3     It is Plaintiff's good faith belief that Defendants Theophile and Ruth Peumeukouam were residing at the address of 6512 208th St SW Apt F11, Lynnwood WA 98036-8540 and for the entirety of the period between the expiration of Policy Number 4388-17-23-24 and the activation of Policy Number 4469-18-06-26, and Policy Number 4469-18-06-26 was issued on December 21, 2016, through at least June 20, 2017.

4.4     On March 31, 2016, GEICO sent a **NOTICE OF CANCELLATION FOR NONPAYMENT OF PREMIUM** regarding Policy Number 4388-17-23-24 to Defendants

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

1  Theophile and Ruth Peumeukouam at their address shown on the Declaration Page, 6512 208th

2  St SW Apt F11, Lynnwood WA 98036-8540.

3       4.5    This **NOTICE OF CANCELLATION FOR NONPAYMENT OF**

4  **PREMIUM** stated, in relevant part:

5       As of 12:01 a.m. local time Apr-11-16 your policy will cancel due to
        nonpayment of your premium. Keep your policy active by submitting a payment
6       of the past-due amount $243.90 prior to the cancellation effective date. All
        payments are subject to normal collection and will be applied to the oldest debt
7       on the policy.

8       **Please submit a payment immediately to prevent the cancellation of your
        policy.**
9       …

10      ***Remember – Your last full day of coverage is the day immediately before the
        cancellation date.***

11      4.6    No payment was ever received in response to GEICO's March 31, 2016, letter.

12

13      4.7    Per the plain and unambiguous language of Policy Number 4388-17-23-24 and

14  GEICO's March 31, 2016, letter, GEICO Policy Number 4388-17-23-24 lapsed on April 16,

    2016.
15

16      4.8    On December 21, 2016, GEICO issued Washington Family Automobile

17  Insurance Policy Number:  4469-18-06-26.  The Named Insureds on Policy Number: 4469-18-

    06-26 were Defendants Theophile Peumeu and Defendant Ruth Peumeu.
18

19      4.9    Policy Number: 4469-18-06-26 had a policy period of "12-20-16 through 06-20-

    17."
20

21      4.10   This policy contained the following relevant provisions:

22  **SECTION V**
    **General Conditions**
23  **These Conditions Apply to All Coverages in This Policy**

24      1.     TERRITORY

COMPLAINT FOR DECLARATORY ACTION - 5

This policy applies only to accidents, occurrences or ***losses*** during the policy period within the United States of America, its territories or possessions, or Canada or when the auto is being transported between ports thereof.

…

16.   POLICY PERIOD

Unless otherwise cancelled, this policy will expire as shown in the declarations. But, it may be continued by our offer to renew and **your** acceptance by payment of the required renewal premium prior to the expiration date. Each period will begin and expire as stated in the declarations.

4.11   On December 17, 2019, Defendant Leslie Dalton filed the Complaint in the Underlying Action seeking damages against Defendants Theophile Peumeukouam, Rodolfo Anchondo, and Unified Grocers, Inc.

4.12   Defendant Leslie Dalton alleged in the Complaint filed in the Underlying Action that Defendants Theophile Peumeukouam, Rodolfo Anchondo, and Unified Grocers, Inc. were liable to Defendant Leslie Dalton for damages Defendant Dalton sustained as a result of an alleged December 19, 2016, motor vehicle accident.

4.13   Defendants Peumeukouam obtained Policy Number: 4469-18-06-26 the day **after** the alleged December 19, 2016, loss in the Underlying Action.

4.14   In Defendant Anchondo's and Defendant Unified Grocers, Inc.'s Answers to Defendant Dalton's Complaint, they indicated that they were asserting the affirmative defense that a third party, such as Defendant Theophile Peumeukouam, may bear liability for some or all of the damages sustained by Defendant Dalton.

## V.   DECLARATORY RELIEF

5.1   The allegations in Paragraphs 1.1 through 4.14 are re-alleged and repeated herein.

COMPLAINT FOR DECLARATORY ACTION - 6

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/Fax (206) 587-2476

5.2     GEICO is entitled to a relief that it has no duty to indemnify Defendants Peumeukouam in the Underlying Action because neither Policy Number: 4388-17-23-24 nor Policy Number: 4469-18-06-26 were in effect on December 19, 2016, and no other applicable GEICO policy was in effect for Defendants Peumeukouam on that date.

## VI.     PRAYER FOR RELIEF

WHEREFORE, having stated a claim for relief, plaintiff GEICO prays for the following relief:

6.1     For an order declaring that GEICO has no duty to defend nor indemnify Defendants Peumeukouam for the alleged damages stated in the Underlying Action.

6.2     For an award of Peumeukouam's costs and disbursements, including reasonable attorney's fees herein;

6.3     For other such relief as the Court deems just and equitable.


DATED this 23rd day of June, 2021.


                    **WATHEN | LEID | HALL | RIDER, P.C.**

                    By:  */s/ Rory W. Leid, III*
                         Rory W. Leid, III, WSBA #: 25075

                         */s/ John B. Fay*
                         John B. Fay, WSBA #: 46623
                         *Attorneys for Plaintiff*
                         222 Etruria Street
                         Seattle, WA 98109-1659
                         Tel: (206) 622-0494 | Fax: (206) 587-2476
                         rleid@cwlhlaw.com | jfay@cwlhlaw.com

COMPLAINT FOR DECLARATORY ACTION - 7