THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEICO ADVANTAGE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE ANITA DALTON, *et al.*,<br><br>Defendants. | CASE NO. C21-0845-JCC<br><br>ORDER |

This matter comes before the Court on the Joint Stipulated Motion of Plaintiff and Defendant Dalton for Dismissal with Prejudice of Defendant Dalton. (Dkt. No. 6.) In accordance with Federal Rule of Civil Procedure 41(a), the Court GRANTS the motion. As per the parties' stipulation, it is hereby ORDERED as follows:

1. Plaintiff's claims against Defendant Leslie Dalton are dismissed with prejudice;

2. Plaintiff may not seek costs, fees, or benefits of any kind from Dalton, including but not limited to legal fees; and

3. Dalton will be bound by any decision, order, or judgment of this Court regarding Geico's alleged coverage of Defendants Theophile and Ruth Peumeukouam.

DATED this 1st day of September 2021.

1
2
3
4   John C. Coughenour
    UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER
C21-0845-JCC
PAGE - 2