THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEICO ADVANTAGE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>LESLIE ANITA DALTON, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C21-0845-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　Plaintiff's Motion to Dismiss Party (Dkt. No. 12) is DENIED as procedurally improper. Plaintiff is directed to file a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1), which permits dismissal of parties without a court order.

　　　DATED this 3rd day of September 2021.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C21-0845-JCC
PAGE - 1