UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE ANITA DALTON, an individual; RODOLFO ANCHONDO, an individual; UNIFIED GROCERS, INC. a foreign corporation, THEOPHILE PEUMEUKOUAM and RUTH PEUMEUKOUAM, and the marital community composed thereof;<br><br>Defendants. | Case No. 2:21-cv-00845-JCC<br><br>**ORDER GRANTING GEICO & DEFENDANT RODOLFO ANCHONDO'S JOINT STIPULATION OF DISMISSAL OF DEFENDANT ANCHONDO** |

THIS MATTER having come before the Court on GEICO & Defendant Rodolfo Anchondo's Joint Stipulation of Dismissal of Defendant Anchondo, the Court hereby issues the following **ORDERS**:

1. Defendant Rodolfo Anchondo shall be dismissed from this action **WITH PREJUDICE**;

ORDER OF DISMISSAL OF DEFENDANT ANCHONDO - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/Fax (206) 587-2476

2. It is hereby **ORDERED** that GEICO is not to seek costs, fees or benefits of any kind from Defendant Anchondo including but not limited to Attorney's fees; and

3. It is hereby **ORDERED** that Defendant Rodolfo Anchondo is bound by any decision, order or judgment entered in this court regarding issues related to GEICO's alleged coverage of Defendants Theophile and Ruth Peumeukouam.

DATED: this __13th__ day of October, 2021.

_____
Judge John C. Coughenour

*Presented By:*

| WATHEN | LEID | HALL | RIDER, P.C. | FLOYD PFLUEGER & RINGER |

s/ _____
Rory W. Leid, III, WSBA #25075
John B. Fay, WSBA #46622
*Attorneys for Defendants Gorenstein et al*
222 Etruria Street
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@cwlhlaw.com | jfay@cwlhlaw.com

s/ _____ with authority from Nicholas Reynolds
Nicholas A. Reynolds, WSBA #44935
200 W Thomas Street, Suite 500
Seattle, WA 98119
206/441-4455
nreynolds@floyd-ringer.com