UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE ANITA DALTON, an individual; RODOLFO ANCHONDO, an individual; UNIFIED GROCERS, INC. a foreign corporation, THEOPHILE PEUMEUKOUAM and RUTH PEUMEUKOUAM, and the marital community composed thereof;<br><br>Defendants. | Case No.  2:21-cv-00845-JCC<br><br>**ORDER STRIKING THE DISCOVERY AND OTHER DEADLINES IN THIS CASE PENDING THE COURT'S RULING ON GEICO'S MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER having come before the Court on GEICO & Defendants Theophile and Ruth Peumeukouam's Joint Stipulation to Strike Discovery Deadlines and all Other Deadlines in this Case Pending the Court's Ruling on GEICO'S Motion for Summary Judgment, the Court hereby issues the following **ORDERS**:

1.  The current discovery deadlines and all other applicable deadlines in this case will be stricken pending this Court's decision on GEICO'S Motion for Summary Judgment.

ORDER STRIKING DEADLINES- 1

2. This Court will reset all outstanding deadlines in this case with an Amended Scheduling Order following this Court's ruling on GEICO's Motion for Summary Judgment, if applicable following the Court's ruling.

DATED: this 2nd day of February 2022.

Tana Lin
United States District Judge